AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SOX, LLC d/b/a SOX EROSION SOLUTIONS,<br><br>*Plaintiff(s)*<br>v.<br>ECOLOGICAL IMPROVEMENTS LLC, a Florida limited liability company, and ECOLOGICAL IMPROVEMENTS LLC, a South Carolina limited liability company,<br><br>*Defendant(s)* | Civil Action No. 9:25-cv-81183-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ecological Improvements LLC, a Florida limited liability company
c/o Jack R. Moran, Registered Agent
4900 O' Hear Ave, Suite 100
North Charleston, SC 29405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KEVIN MARKOW, ESQ.
BECKER & POLIAKOFF, P.A.
1 EAST BROWARD BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301
KMARKOW@BECKERLAWYERS.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 24, 2025



Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SOX, LLC d/b/a SOX EROSION SOLUTIONS,<br><br>*Plaintiff(s)*<br>v.<br>ECOLOGICAL IMPROVEMENTS LLC, a Florida limited liability company, and ECOLOGICAL IMPROVEMENTS LLC, a South Carolina limited liability company,<br><br>*Defendant(s)* | Civil Action No. 9:25-cv-81183-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ecological Improvements LLC, a South Carolina limited liability company
12 Huguenin Ave
Charleston, SC 29403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KEVIN MARKOW, ESQ.
BECKER & POLIAKOFF, P.A.
1 EAST BROWARD BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301
KMARKOW@BECKERLAWYERS.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 24, 2025



Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS