**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-81183-DMM**

SOX, LLC d/b/a
SOX EROSION SOLUTIONS,

    Plaintiff,

v.

ECOLOGICAL IMPROVEMENTS LLC,
a Florida limited liability company, and
ECOLOGICAL IMPROVEMENTS LLC,
a South Carolina limited liability company,

    Defendants.

---

**<u>NOTICE OF APPEARANCE</u>**

    PLEASE TAKE NOTICE that The Concept Law Group, P.A., and its attorney Darren J. Spielman, Esq., hereby enters his appearance on behalf of Defendants, ECOLOGICAL IMPROVEMENTS LLC (FL entity), and ECOLOGICAL IMPROVEMENTS LLC (SC entity), (collectively "Defendants") in the above-captioned matter.

    I certify that I am admitted to practice in the Southern District of Florida and request that all future notices and pleadings in this case be sent to the undersigned at dspielman@conceptlaw.com

**Dated: November 4, 2025.**

                             Respectfully submitted,

                             By:
                             <u>/s/ Darren Spielman, Esq.</u>
                             **THE CONCEPT LAW GROUP, P.A.**

1

Alexander Brown, Esq. (FBN: 752665)
Email: abrown@conceptlaw.com
Darren Spielman, Esq. (FBN: 10868)
Email: dspielman@conceptlaw.com
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
(t): 754.300.1500
(f): 754.300.1501

**Edward F. Holodak, Esq.**
Edward F. Holodak, P.A.
FL BAR NO. 059234
3326 NE 33 St.
Fort Lauderdale, FL. 33308
Telephone: (954) 927-3436
pleadings@holodakpa.com
edward@holodakpa.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **November 4, 2025**, the foregoing document was filed via PACER which served same on all counsel of record.

By:
/s/ Darren Spielman
**THE CONCEPT LAW GROUP, P.A.**
Darren Spielman, Esq. (FBN: 010868)
Email: dspielman@conceptlaw.com